*In re* JOSÉ NÚÑEZ LÓPEZ, querellado.

*Número:* O-84-601    *Resuelto:* 25 de octubre de 1984

*Raúl Barreras Morales, Procurador General Interino,* y *Eliadís Orsini Zayas, Procuradora General Auxiliar,* abogados de El Pueblo.

PER CURIAM: El 23 de julio de 1984 el abogado José Núñez López, previa alegación de culpabilidad, fue sentenciado en la Corte de Distrito de Estados Unidos para el Distrito de Puerto Rico de distribuir aproximadamente 26.0 gramos de heroína en violación de la Sec. 841a(1) del Título 21 U.S.C.A.

El 6 de septiembre de 1984 el Procurador General formuló ante este Tribunal querella, la cual le fue notificada el 12 de septiembre. A esta fecha no ha formulado su contestación.

En virtud de lo expuesto, de conformidad con la Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735), *procede que se dicte sentencia que lo separe permanentemente del ejercicio de la profesión de abogado.*

El Juez Asociado Señor Irizarry Yunqué no intervino.